S.W. v. DIVISION OF PUBLIC WELFARE.

July 13, 1983.

Petition for certification denied.

L. PUCILLO & SONS, INC. v. TOWNSHIP OF BELLEVILLE.

July 13, 1983.

Petitions for certification denied.

CONSOLIDATED PRECAST, INC. v. ACTION
BUILDERS CO., INC.

July 13, 1983.

Petition for certification denied.　(See 190 *N.J.Super.* 92)

IN THE MATTER OF RICHARD V. HANDABAKA.

July 13, 1983.

Petition for certification denied.